UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKOLE ANN BAIN; MINOR CHILD B.A.B,

    Plaintiffs,

-against-

LYNN LAREE PETERSON BAIN, et al.,

    Defendants.

1:19-CV-9566 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 3, 2019, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff Nikole Ann Bain and note service on the docket.

Dated: December 3, 2019
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge